IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRION DAYSHAWN BROWN                                                                                   PLAINTIFF

v.                                         Case No. 6:23-cv-6026

CAPTAIN EDDIE ARIVETTE, *et al*.                                                                   DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Comstock recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to prosecute this matter and failure to comply with orders of the Court, in violation of Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), respectively.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of May, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge